**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30369 |
| Plaintiff - Appellee, | D.C. No. 1:11-cr-00022-JDS |
| v. | |
| ROBIN BOLTON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Jack D. Shanstrom, District Judge, Presiding

Submitted July 24, 2013[**]

Before:     ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Robin Bolton appeals from the district court's judgment and challenges the

18-month sentence imposed upon revocation of supervised release.  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Bolton contends that the district court erred by failing to (i) explain the

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

sentence sufficiently to permit meaningful appellate review and (ii) discuss the applicable Sentencing Guidelines range and applicable 18 U.S.C. § 3553(a) sentencing factors. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The court considered the advisory Guidelines and section 3553(a) sentencing factors, and adequately explained the sentence.

**AFFIRMED.**